# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAMIEN FORD**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #143035**

v.　　　　　　　　No: 4:24-cv-00007-JM-PSH

**J. LEE**, *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE RECOMMENDED THAT:

1.　Ford's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is DENIED, and this case is DISMISSED WITHOUT PREJUDICE.

2.　Ford is given thirty days to reopen the case by paying the $405 filing and administrative fees in full and filing a Motion to Reopen.

DATED this 22nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE