IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAMIEN FORD**                                                                           **PLAINTIFF**
**ADC #143035**

v.                      No: 4:24-cv-00007-JM-PSH

**J. LEE,** *et al.*                                                                **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing Plaintiff's claims against defendants without prejudice.

DATED this 22nd day of January, 2024.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE